United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                 Case No. 25-00857-JAW

Tommy Bell, Jr                                                         Chapter 13

Tabitha Vaughn Bell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: n031 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Bell, Jr, Tabitha Vaughn Bell, 1247 Old Court Xing, Flowood, MS 39232-1215 |
| 5495283 | + | Hyundai Capital America (HCA) DBA Genesis Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5495837 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, for Lakeview Loan Servicing, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 10 2025 19:26:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5493457 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 10 2025 19:27:29 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5493458 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 10 2025 19:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5493459 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 10 2025 19:26:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5493460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2025 19:27:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5493461 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2025 19:26:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5493462 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2025 19:27:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5493463 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2025 19:27:28 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5493464 | + | Email/Text: EBN@edfinancial.com | Jun 10 2025 19:26:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5493465 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 10 2025 19:26:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5493467 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 10 2025 19:27:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5493466 | ^ | MEBN | Jun 10 2025 19:23:21 | Genesis Finance, Po Box 20835, Fountain Valley, CA 92728-0835 |
| 5493468 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 10 2025 19:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5515382 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2025 19:26:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5493469 | + | Email/Text: melissa.martin@kfcu.org | | |

District/off: 0538-3

User: mssbad

Page 2 of 3

Date Rcvd: Jun 10, 2025

Form ID: n031

Total Noticed: 40

| ID | Email type | Date/Time | Address |
|---|---|---|---|
| | | Jun 10 2025 19:26:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5493470 | + Email/Text: melissa.martin@kfcu.org | | |
| | | Jun 10 2025 19:26:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |
| 5493471 | + Email/Text: inchargehq@westcreekfin.com | | |
| | | Jun 10 2025 19:27:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5518836 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 10 2025 19:27:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5515726 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 10 2025 19:26:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5493472 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 10 2025 19:26:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5493473 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jun 10 2025 19:27:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5507667 | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jun 10 2025 19:27:00 | Navy Federal Credit Union Attn Bankruptcy, Attn: Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5493474 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 10 2025 19:26:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5496400 | + Email/PDF: cbp@omf.com | | |
| | | Jun 10 2025 19:27:32 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5520271 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2025 19:27:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5518225 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 10 2025 19:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5518224 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 10 2025 19:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5499245 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 10 2025 19:26:00 | Quantum3 Group LLC as agent for Concora Credit Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5493475 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 10 2025 19:27:32 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5493476 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 10 2025 19:27:37 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5493477 | Email/Text: bankruptcy@towerloan.com | | |
| | | Jun 10 2025 19:26:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5498252 | + Email/Text: FSBank@franklinservice.com | | |
| | | Jun 10 2025 19:26:00 | The Childrens Clinic Pllc, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5520197 | + Email/Text: bankruptcy@towerloan.com | | |
| | | Jun 10 2025 19:26:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5499372 | + Email/Text: EBN@edfinancial.com | | |
| | | Jun 10 2025 19:26:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5496063 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 10 2025 19:26:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5515106 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jun 10 2025 19:27:28 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5493478 | + Email/PDF: cbp@omf.com | | |
| | | Jun 10 2025 19:27:38 | WebBank/OneMain, Attn: Bankruptcy, 215 South State St, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 37

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: n031 | Total Noticed: 40 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tabitha Vaughn Bell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tommy Bell  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00857−JAW
**Chapter:** 13

**In re:**

Tommy Bell Jr
aka Tommy Bell
1247 Old Court Xing
Flowood, MS 39232

Tabitha Vaughn Bell
aka Tabitha Bell
1247 Old Court Xing
Flowood, MS 39232

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 10, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 10, 2025

Danny L. Miller, Clerk of Court