| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Tommy Bell, Jr |
| Debtor 2 (Spouse, if filing) | Tabitha Vaughn Bell |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case Number | 25-00857-JAW |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC         **Court claim no.** (if known): 15

**Last 4 digits** of any number you use to
Identify the debtor's account: 4249

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 05/29/2025 | (5) | $ 275.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify ____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 04/08/2025 | (11) | $ 75.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2                Notice of Postpetition Mortgage Fees, Expenses, and Charges                page 1

Debtor 1  Tommy Bell, Jr                                              Case number *(if known)* 25-00857-JAW
         First Name    Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Kimberly D. Putnam                                Date 08/06/2025
   Signature

|               |                                      |
|---------------|--------------------------------------|
| Print         | Kimberly D. Putnam (MSB# 102418)    |
|               | First Name  Middle Name  Last Name   |
| Company       | Dean Morris, LLC                    |
| Address       | 1820 Avenue of America              |
|               | Monroe, LA 71201                    |
| Contact phone | (318) 330-9020                      |

Title Attorney

Email miss.bk@ms.creditorlawyers.com

Official Form 410S2                    Notice of Postpetition Mortgage Fees, Expenses, and Charges                    page 2

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified all interested parties of the Notice of Post Petition Mortgage Fees, Expenses and Charges filed by Lakeview Loan Servicing, LLC as reflected on the foregoing notice,

    Tommy Bell, Jr
    aka Tommy Bell
    Tabitha Vaughn Bell
    aka Tabitha Bell
    1247 Old Court Xing
    Flowood, MS 39232

    Thomas Carl Rollins, Jr
    The Rollins Law Firm, PLLC
    trollins@therollinsfirm.com

    Harold J. Barkley
    Trustee
    HJB@HBarkley13.com

    U.S. Trustee
    USTPRegion05.JA.ECF@usdoj.gov

by electronic transmission or mailing this notice and a copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this  6th day of August , 2025.

    Dean Morris, LLC
    1820 Avenue of America
    Monroe, Louisiana   71201
    (318) 330-9020

    /s/ Kimberly D. Putnam
    Kimberly D. Putnam (MSB# 102418)
    Attorney for Creditor
    kim.mackey@ms.creditorlawyers.com

# Dean Morris, LLC
## Mississippi Division

1505 North 19th Street, Monroe, LA 71201

Phone: 318-330-9020 Fax: 318-340-7600

04/09/2025

LoanCare, LLC LoanCare, LLC
LoanCare, LLC

# I N V O I C E

Matter ID:                                                                      Matter Producer: EKC
       1247 OLD COURT XING
Client ID: LoanCare, LLC                                           Client Producer: EKC

Invoice #:
Federal ID

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 04/08/2025 | Bankruptcy - Plan Review - RECOVERABLE | $75.00 |
| 04/08/2025 | Bankruptcy - Plan Review - NON RECOVERABLE | |

### INVOICE SUMMARY

For Professional Services:     0.00 Hours
**Total Due:**

All fees and expenses/disbursements are consistent with company guidelines

Page 1

# Dean Morris, LLC
## Mississippi Division

1505 North 19th Street,  Monroe,  LA    71201

Phone: 318-330-9020    Fax: 318-340-7600

05/30/2025

LoanCare, LLC LoanCare, LLC
LoanCare, LLC

# I N V O I C E

Matter ID:  　　　　　　　　　　　　　　　　　　　　　　　　　　Matter Producer: EKC
　　　　1247 OLD COURT XING
Client ID:  LoanCare, LLC　　　　　　　　　　　　　　　　　　　Client Producer: EKC

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal ID

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 05/29/2025 | Bankruptcy - Proof of Claim - RECOVERABLE | $275.00 |
| 05/29/2025 | Bankruptcy - Proof of Claim - NON RECOVERABLE | |
| 05/29/2025 | Bankruptcy - Proof of Claim - B410A - NON RECOVERABLE | |

### INVOICE SUMMARY

For  Professional Services:　　　0.00  Hours
**Total Due:**

All fees and expenses/disbursements are consistent with company guidelines

Page 1