_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: September 12, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                       CHAPTER 13 NO.:

TOMMY BELL, JR. AND
TABITHA VAUGHN BELL                                          25-00857 – JAW

## O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 31 ); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtors' plan is hereby modified to pay Creditor Lakeview Loan Servicing, LLC (Claim No. 15) the Post-petition Mortgage Fees, Expenses and Charges in the amount of $350.00 over the life of the Debtor's Plan.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

THAT, the Debtors' Wage Deduction Order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

SUBMITTED BY:

*Justin B. Jones*

JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM