___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **TOMMY BELL, JR. AND** | |
| **TABITHA VAUGHN BELL** | **25-00857 – JAW** |

**AGREED ORDER**

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 34) and the Debtors' Response (DK # 35); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtors shall remit $1,400.00 to the Trustee on or before December 17, 2025, or this case shall be dismissed without further notice or hearing.

THAT, if paid, the post-petition mortgage payment arrears through November 2025 shall be paid on an altered basis over the remaining plan period, with the regular maintenance payments to commence with the December 1, 2025, payment.

THAT, the Debtors' wage deduction order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

**##END OF ORDER##**


AGREED:

| | |
|---|---|
| /s/ Joshua C. Lawhorn | /s/ Thomas C. Rollins, Jr. |
| JOSHUA C. LAWHORN – MSB # 103902 | THOMAS C. ROLLINS, JR. |
| ATTORNEY FOR TRUSTEE | ATTORNEY FOR DEBTORS |
| POST OFFICE BOX 4476 | |
| JACKSON, MS 39296-4476 | |
| PHONE:  601/362-6161 | |
| FAX:  601/362-8826 | |
| E-MAIL:  HJB@HBARKLEY13.COM | |