United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-00857-JAW
Tommy Bell, Jr                                           Chapter 13
Tabitha Vaughn Bell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                           User: mssbad                          Page 1 of 2
Date Rcvd: Dec 18, 2025                    Form ID: pdf012                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Bell, Jr, Tabitha Vaughn Bell, 1247 Old Court Xing, Flowood, MS 39232-1215 |
| | + | MS DEPT OF CHILD PROTECTIVE SVCS, ATTN: PAYROLL, 750 N STATE ST, JACKSON, MS 39202-3033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025                         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tabitha Vaughn Bell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Tommy Bell  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CASE NO.: 25-00857-JAW
TABITHA VAUGHN BELL AND TOMMY BELL JR
SS#:  XXX-XX-4882

**\*\*\*\*  AMENDED  \*\*\*\***
<u>**ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY**</u>

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which **the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

MS DEPT OF CHILD PROTECTIVE SVCS
ATTN: PAYROLL
750 N STATE ST
JACKSON, MS 39202


**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

>Harold J. Barkley,Jr.
>Chapter 13 Trustee
>P.O. Box 321454
>Flowood, MS 39232

the sum of **$816.50 SEMIMONTH .**

**FURTHER ORDERED,** that the <u>employer</u> shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##