**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

In Re:

| | | |
|---|---|---|
| | * | |
| TOMMY BELL, JR. *aka* TOMMY BELL | * | CASE NO.: 25-00857-JAW |
| and TABITHA VAUGHN BELL | * | |
| *aka* TABITHA BELL | * | |
| | * | CHAPTER 13 |
| Debtors. | * | |
| | * | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Ally Capital (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. Debtors Tommy Bell, Jr. and Tabitha Vaughn Bell entered into a Retail Installment Sales Contract (hereinafter "Contract") with BMW OF JACKSON (hereinafter "Dealership") granting a security interest in the following personal property:

   **2020 BMW X7 Utility 4D xDrive40i AWD 3.0L I6 Turbo,**

   **VIN: 5UXCW2C05L9A02699**

   Contemporaneously with its execution, the Contract was assigned to Movant, a copy of said Contract is annexed hereto and made part hereof by reference. Copy of the Contract is attached in Exhibit "A".

2. The security interest of the Movant in the above-described personal property was perfected by the issuance of the Evidence of Title, a copy of which is annexed hereto and made part hereof by reference. Copy of title is attached as Exhibit "B".

3. Harold J. Barkley, Jr. was appointed Acting Trustee of the estate of said Debtors, has qualified and is now acting as such Trustee.

4. As per the Order Confirming Chapter 13 Plan, Debtors have surrendered interest in the collateral.

5. As of filing of the Motion, Debtors owes a contract balance to Movant of $73,911.23.

6. The estimated replacement value a retail merchant would charge for the collateral is $36,650.00; a copy of J.D. Power is attached as Exhibit "C".

7. The account is delinquent in the amount of $26,841.74, which comprises of pre-petition arrears in the amount of $10,120.04 and post-petition arrears in the amount of $16,721.70; a copy of payment history is attached as Exhibit "D".

8. The Movant requests that the collateral be abandoned from the property of the estate.

9. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtors and is therefore immediately effective and shall not be subject to *Rule 4001(a)(4)* of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant moves the Court to grant relief from the automatic stay as aforesaid; and Ally Capital requests such other relief to which it may be entitled in the premises.

King & Spencer, PLLC
Attorney for Ally Capital

/s/ Olivia Spencer
OLIVIA SPENCER, MS BAR #104439
For the Firm
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: (601) 948-1547
spencer@kingandspencer.net

**CERTIFICATE OF SERVICE**

I, Olivia Spencer, do hereby certify that I have this day caused to be served, *via* CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
**ATTORNEY FOR DEBTORS**

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476
HJB@HBarkley13.com
**TRUSTEE**

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov
**U.S. TRUSTEE**

Tommy Bell, Jr.
Tabitha Vaughn Bell
1247 Old Court Xing
Flowood, MS 39232
**DEBTORS**

SO CERTIFIED this the 22nd day of January 2026.

/s/ Olivia Spencer
Olivia Spencer

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TOMMY BELL JR<br>1247 OLD COURT CROSSING<br>FLOWOOD MS 39232<br>RANKIN | TABITHA BELL<br>1247 OLD COURT CROSSING<br>FLOWOOD MS 39232<br>RANKIN | BMW OF JACKSON<br>1685 HIGH ST<br>JACKSON MS 39202 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2020 | BMW SAV X7 | 5UXCW2C05L9A02699 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 2500.00 is |
|---|---|---|---|---|
| 12.34 % | $ 38737.15 | $ 86675.60 | $ 125412.75 | $ 127912.75 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 1672.17 | MONTHLY beginning 10/07/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If a payment is not received in full within 15 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late with a maximum charge of $ 5.00 unless the vehicle is a commercial vehicle. For a commercial vehicle, if payment is not received in full within 15 days after it is due, you will pay a late charge of 4 % of the part of the payment that is late with a minimum charge of $ 2.00 and a maximum charge of $ 50.00.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 3998.60 sales tax) $ 83545.60 (1)

2 Total Downpayment =
Trade-In N/A (Year) (Make) (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller to N/A | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 2500.00 |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |

(If total downpayment is negative, enter "0" and see 4J below) $ 2500.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 81045.60 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

| | | |
|---|---|---|
| A | Cost of Optional Credit Insurance Paid to Insurance Company or Companies. Life $ N/A Disability $ N/A | $ N/A |
| B | Vendor's Single Interest Insurance Paid to Insurance Company | $ N/A |
| C | Other Optional Insurance Paid to Insurance Company or Companies | $ N/A |
| D | Optional Gap Contract | $ 1200.00 |
| E | Official Fees Paid to Government Agencies: to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| | to N/A for N/A | $ N/A |
| F | Government Taxes Not Included in Cash Price | $ N/A |
| G | Government License and/or Registration Fees N/A N/A | $ N/A |
| H | Government Certificate of Title Fees | $ 10.00 |
| I | Document/Service Fee | $ 425.00 |

A DOCUMENT/SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW. HOWEVER, IT MAY BE CHARGED TO A BUYER/LESSEE FOR THE PREPARATION, HANDLING AND PROCESSING OF DOCUMENTS AND THE PERFORMANCE OF SERVICES RELATED TO THE SALE OR LEASE OF A MOTOR VEHICLE AND MAY INCLUDE DEALER PROFIT. THIS NOTICE IS REQUIRED BY REGULATION OF THE MISSISSIPPI MOTOR VEHICLE COMMISSION.

J Other Charges (Seller must identify who is paid and describe purpose)

| to | for | Amount |
|---|---|---|
| N/A | for Prior Credit or Lease Balance | $ N/A |
| US_PLUS | (1) NEW VEHICLE M | $ 3995.00 |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 5630.00 (4)

5 Amount Financed - Principal Balance (3 + 4) $ 86675.60 (5)

6 Finance Charge $ 38737.15 (6)

7 Total of Payments - Time Balance (5 + 6) $ 125412.75 (7)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**Other Optional Insurance**

☐ N/A (Type of Insurance) N/A (Term)
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A (Type of Insurance) N/A (Term)
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X N/A (Buyer Signature) N/A (Date)

X N/A (Co-Buyer Signature) N/A (Date)

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. This coverage is for the initial term of the contract.

**Returned Check Charge:** You agree to pay us the actual charges assessed by a financial institution up to $15.00, if any check you give us is dishonored for insufficient funds.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 75 Mos. NSD GAP (Name of Gap Contract)

I want to buy a gap contract.
Buyer Signs X [signature]

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X [signature] Co-Buyer Signs X [signature]

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See back for other important agreements. Any dispute resolution agreement you sign with us or an assignee of this contract will apply to claims related to this contract.**

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract you sign.**

**You agree to the terms of this contract and any dispute resolution agreement you signed with this contract. You confirm that before you signed this contract and any dispute resolution agreement, we gave them to you, and you were free to take them and review them. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy of these documents when you signed them.**

Buyer Signs X [signature] Date 08/23/22 Co-Buyer Signs X [signature] Date 08/23/22
Buyer Printed Name TOMMY BELL JR Co-Buyer Printed Name TABITHA BELL
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A
Seller signs BMW OF JACKSON Date 08/23/22 By X [signature] Title F I MGR

Seller assigns its interest in this contract to ALLY FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse XX Assigned without recourse ☐ Assigned with limited recourse
Seller BMW OF JACKSON
By X [signature] Title F I MGR

LAW FORM NO. 553-MS-ARB

ORIGINAL LIENHOLDER

Exhibit A

## OTHER IMPORTANT AGREEMENTS

1. FINANCE CHARGE AND PAYMENTS
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. YOUR OTHER PROMISES TO US
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law allows.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to your right to redeem the vehicle described below. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information during credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.

      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as the law allows. The attorney's fee will not exceed 15% of the amount you owe.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem) by paying all payments that are past due when you redeem, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale. After you redeem, you must make the remaining payments under this contract. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

5. SERVICING AND COLLECTION CONTACTS
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

6. APPLICABLE LAW
   Federal law and the law of Mississippi apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

### ARBITRATION PROVISION

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Exhibit A

Ally Proprietary

CONFIRMATION OF ASSIGNMENT OF RETAIL
**INSTALLMENT SALE CONTRACT**

WHEREAS, on or about August 23rd, 2022, TOMMY BELL JR And TABITHA BELL ("Customer") entered into that certain Retail Installment Sale Contract ("Contract") with BMW OF JACKSON ("Dealership") for the sale and financing of a 2020 BMW SAV X7, VIN #5UXCW2C05L9A02699 ("Vehicle"); and

WHEREAS, the Dealership thereafter sold and assigned its interest in the Contract to Ally Financial Inc. and

THEREAFTER, Ally Financial Inc. did assign all of its right, title and interest in and to the Contract to Ally Bank aka Ally Capital Corp. aka Ally Bank Corp. effective as of the date of the Contract.

AIS PORTFOLIO SERVICES, LLC, AS AUTHORIZED AGENT FOR ALLY FINANCIAL INC.

By: Paul Tangen
*(Signature)*

Name: Paul Tangen
*(Print Name of Signatory)*

Title: Its Authorized Agent

Date: 1/8/26

Ally Proprietary

Exhibit A

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 5UXCW2C05L9A02699 | BMW | 2020 | X7 | UV | MS0320524544 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 10/21/2022 | | 6 | USED | PC | 27181 ACTUAL |

**OWNER(S)**

BELL, TOMMY JR OR TABITHA
1247 OLD COURT XING
FLOWOOD MS 39232-1215

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

ALLY FINANCIAL
P O BOX 8116
COCKEYSVILLE MD 21030

**DATE:** 08/23/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

ALLY FINANCIAL
P O BOX 8116
COCKEYSVILLE MD 21030

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS __________ DAY OF __________ 20______

2ND LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS __________ DAY OF __________ 20______

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 21ST DAY OF OCTOBER 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

Exhibit B

VOID IF ALTERED

# J.D. POWER

01/08/2026

J.D. POWER Used Cars/Trucks

**Vehicle Information**

| | |
|---|---|
| Vehicle : | 2020 BMW X7 Utility 4D<br>xDrive40i AWD 3.0L I6 Turbo |
| Region : | Southeastern |
| Period : | January, 2026 |
| VIN : | 5UXCW2C05L9A02699 |
| Mileage : | 82500 |

**J.D.POWER Used Cars/Trucks Values**

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $29450.00 | $0 | 0 | $29450.00 |
| Average Trade-In | $31250.00 | $0 | 0 | $31250.00 |
| Clean Trade-In | $33050.00 | $0 | 0 | $33050.00 |
| Clean Retail | $36650.00 | $0 | 0 | $36650.00 |

**Selected Options**

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

Exhibit C

| Date | Description | Payment due | Payment made | Balance |
|---|---|---|---|---|
| 08/23/2022 | Cash down Payment_F | 2500.00 | 0.00 | 2500.00 |
| 08/23/2022 | Receipt - paid via dealer | 0.00 | 2500.00 | 0.00 |
| 10/05/2022 | Receipt - AAOS one time pay | 0.00 | 850.00 | -850.00 |
| 10/07/2022 | Repayment | 1672.17 | 0.00 | 822.17 |
| 10/07/2022 | Receipt - AAOS one time pay | 0.00 | 822.17 | 0.00 |
| 10/07/2022 | Transfer | 0.00 | 27.83 | -27.83 |
| 10/07/2022 | Receipt - AAOS one time pay | 0.00 | 27.83 | -55.66 |
| 10/07/2022 | Payment from schedule suspense | 0.00 | -27.83 | -27.83 |
| 11/07/2022 | Repayment | 1672.17 | 0.00 | 1644.34 |
| 11/08/2022 | Receipt - AAOS one time pay | 0.00 | 1644.34 | 0.00 |
| 12/07/2022 | Repayment | 1672.17 | 0.00 | 1672.17 |
| 12/14/2022 | Receipt - AAOS one time pay | 0.00 | 1100.00 | 572.17 |
| 12/20/2022 | Receipt - AAOS one time pay | 0.00 | 600.00 | -27.83 |
| 01/07/2023 | Repayment | 1672.17 | 0.00 | 1644.34 |
| 01/09/2023 | Receipt - AAOS one time pay | 0.00 | 400.00 | 1244.34 |
| 01/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1249.34 |
| 02/04/2023 | Receipt - AAOS one time pay | 0.00 | 1300.00 | -50.66 |
| 02/04/2023 | AAOS one time pay payment rejected | 0.00 | -1300.00 | 1249.34 |
| 02/07/2023 | Repayment | 1672.17 | 0.00 | 2921.51 |
| 02/07/2023 | Receipt - AAOS one time pay | 0.00 | 1300.00 | 1621.51 |
| 02/09/2023 | Transfer | 0.00 | 1378.49 | 243.02 |
| 02/09/2023 | Receipt - AAOS one time pay | 0.00 | 321.51 | -78.49 |
| 03/07/2023 | Repayment | 1672.17 | 0.00 | 1593.68 |
| 03/14/2023 | Receipt - AAOS one time pay | 0.00 | 1000.00 | 593.68 |
| 03/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 598.68 |
| 04/04/2023 | Receipt - AAOS one time pay | 0.00 | 600.00 | -1.32 |
| 04/07/2023 | Repayment | 1672.17 | 0.00 | 1670.85 |
| 04/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1675.85 |
| 05/06/2023 | Receipt - AAOS one time pay | 0.00 | 1700.00 | -24.15 |
| 05/07/2023 | Repayment | 1672.17 | 0.00 | 1648.02 |
| 05/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1653.02 |
| 06/06/2023 | Receipt - AAOS one time pay | 0.00 | 1690.00 | -36.98 |
| 06/07/2023 | Repayment | 1672.17 | 0.00 | 1635.19 |
| 06/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1640.19 |
| 07/06/2023 | Receipt - AAOS one time pay | 0.00 | 1665.00 | -24.81 |
| 07/07/2023 | Repayment | 1672.17 | 0.00 | 1647.36 |
| 07/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1652.36 |
| 08/06/2023 | Receipt - AAOS one time pay | 0.00 | 1625.00 | 27.36 |
| 08/07/2023 | Repayment | 1672.17 | 0.00 | 1699.53 |
| 08/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1704.53 |
| 09/06/2023 | Receipt - AAOS one time pay | 0.00 | 1669.53 | 35.00 |
| 09/06/2023 | AAOS one time pay payment rejected | 0.00 | -1669.53 | 1704.53 |
| 09/07/2023 | Repayment | 1672.17 | 0.00 | 3376.70 |
| 09/12/2023 | Receipt - AAOS one time pay | 0.00 | 1707.17 | 1669.53 |
| 09/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1674.53 |
| 10/06/2023 | Receipt - AAOS one time pay | 0.00 | 1680.00 | -5.47 |

Exhibit D

| | | | | |
|---|---|---|---|---|
| 10/07/2023 | Repayment | 1672.17 | 0.00 | 1666.70 |
| 10/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1671.70 |
| 11/06/2023 | Receipt - AAOS one time pay | 0.00 | 1700.00 | -28.30 |
| 11/07/2023 | Repayment | 1672.17 | 0.00 | 1643.87 |
| 11/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1648.87 |
| 12/06/2023 | Receipt - AAOS one time pay | 0.00 | 1700.00 | -51.13 |
| 12/07/2023 | Repayment | 1672.17 | 0.00 | 1621.04 |
| 12/07/2023 | Receipt - AAOS one time pay | 0.00 | 1621.04 | 0.00 |
| 12/07/2023 | AAOS one time pay payment rejected | 0.00 | -1621.04 | 1621.04 |
| 12/23/2023 | Late Charge_Accrued | 5.00 | 0.00 | 1626.04 |
| 01/06/2024 | Receipt - AAOS one time pay | 0.00 | 1680.00 | -53.96 |
| 01/06/2024 | AAOS one time pay payment rejected | 0.00 | -1680.00 | 1626.04 |
| 01/07/2024 | Repayment | 1672.17 | 0.00 | 3298.21 |
| 01/15/2024 | Receipt - AAOS one time pay | 0.00 | 1618.21 | 1680.00 |
| 01/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1685.00 |
| 02/06/2024 | Receipt - AAOS one time pay | 0.00 | 1680.00 | 5.00 |
| 02/07/2024 | Repayment | 1672.17 | 0.00 | 1677.17 |
| 02/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1682.17 |
| 03/06/2024 | Receipt - AAOS one time pay | 0.00 | 1700.00 | -17.83 |
| 03/07/2024 | Repayment | 1672.17 | 0.00 | 1654.34 |
| 03/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1659.34 |
| 04/06/2024 | Receipt - AAOS one time pay | 0.00 | 1673.00 | -13.66 |
| 04/07/2024 | Repayment | 1672.17 | 0.00 | 1658.51 |
| 04/08/2024 | Receipt - AAOS one time pay | 0.00 | 70.00 | 1588.51 |
| 04/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1593.51 |
| 05/06/2024 | Receipt - AAOS one time pay | 0.00 | 1650.00 | -56.49 |
| 05/07/2024 | Repayment | 1672.17 | 0.00 | 1615.68 |
| 05/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1620.68 |
| 06/06/2024 | Receipt - AAOS one time pay | 0.00 | 1640.00 | -19.32 |
| 06/06/2024 | Transfer | 0.00 | 99.32 | -118.64 |
| 06/06/2024 | Transfer | 0.00 | -99.32 | -19.32 |
| 06/06/2024 | Payment to schedule suspense | 0.00 | 99.32 | -118.64 |
| 06/07/2024 | Repayment | 1672.17 | 0.00 | 1553.53 |
| 06/07/2024 | Repayment | 0.00 | 1672.17 | -118.64 |
| 06/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | -113.64 |
| 07/06/2024 | Transfer | 0.00 | 1572.85 | -1686.49 |
| 07/06/2024 | Transfer | 0.00 | 1003.30 | -2689.79 |
| 07/06/2024 | Receipt - AAOS one time pay | 0.00 | 569.70 | -3259.49 |
| 07/06/2024 | Transfer | 0.00 | 0.15 | -3259.64 |
| 07/06/2024 | Transfer | 0.00 | -1573.00 | -1686.64 |
| 07/06/2024 | Payment to schedule suspense | 0.00 | 1573.00 | -3259.64 |
| 06/06/2024 | Payment from schedule suspense | 0.00 | -99.32 | -3160.32 |
| 07/06/2024 | Payment from schedule suspense | 0.00 | -0.15 | -3160.17 |
| 07/06/2024 | Payment from schedule suspense | 0.00 | -1572.85 | -1587.32 |
| 07/07/2024 | Repayment | 1672.17 | 0.00 | 84.85 |
| 07/07/2024 | Repayment | 0.00 | 1672.17 | -1587.32 |
| 08/07/2024 | Repayment | 1672.17 | 0.00 | |

Exhibit D

| | | | | |
|---|---|---|---|---|
| 09/07/2024 | Repayment | 1672.17 | 0.00 | 1757.02 |
| 09/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 1762.02 |
| 10/07/2024 | Repayment | 1672.17 | 0.00 | 3434.19 |
| 10/12/2024 | Receipt - AAOS one time pay | 0.00 | 3434.19 | 0.00 |
| 10/12/2024 | AAOS one time pay payment rejected | 0.00 | -3434.19 | 3434.19 |
| 10/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 3439.19 |
| 10/26/2024 | Receipt - AAOS one time pay | 0.00 | 1700.00 | 1739.19 |
| 11/07/2024 | Repayment | 1672.17 | 0.00 | 3411.36 |
| 11/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 3416.36 |
| 11/30/2024 | Receipt - AAOS one time pay | 0.00 | 1700.00 | 1716.36 |
| 11/30/2024 | AAOS one time pay payment rejected | 0.00 | -1700.00 | 3416.36 |
| 12/07/2024 | Repayment | 1672.17 | 0.00 | 5088.53 |
| 12/23/2024 | Late Charge_Accrued | 5.00 | 0.00 | 5093.53 |
| 01/07/2025 | Repayment | 1672.17 | 0.00 | 6765.70 |
| 01/23/2025 | Late Charge_Accrued | 5.00 | 0.00 | 6770.70 |
| 02/07/2025 | Repayment | 1672.17 | 0.00 | 8442.87 |
| 02/23/2025 | Late Charge_Accrued | 5.00 | 0.00 | 8447.87 |
| 03/07/2025 | Repayment | 1672.17 | 0.00 | 10120.04 |
| 04/07/2025 | Repayment | 1672.17 | 0.00 | 11792.21 |
| 05/07/2025 | Repayment | 1672.17 | 0.00 | 13464.38 |
| 06/07/2025 | Repayment | 1672.17 | 0.00 | 15136.55 |
| 07/07/2025 | Repayment | 1672.17 | 0.00 | 16808.72 |
| 08/07/2025 | Repayment | 1672.17 | 0.00 | 18480.89 |
| 09/07/2025 | Repayment | 1672.17 | 0.00 | 20153.06 |
| 10/07/2025 | Repayment | 1672.17 | 0.00 | 21825.23 |
| 11/07/2025 | Repayment | 1672.17 | 0.00 | 23497.40 |
| 12/07/2025 | Repayment | 1672.17 | 0.00 | 25169.57 |
| 01/07/2026 | Repayment | 1672.17 | 0.00 | 26841.74 |

Exhibit D