___



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 22, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **TOMMY BEL, JR.**                                          **CASE NO. 25-00857-JAW**
    **TABITHA VAUGHN BELL,**

    **DEBTORS.**                                                **CHAPTER 13**

### ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from Automatic Stay (Dkt. #47) filed by Ally Capital in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)-day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##