# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Tommy Bell, Jr / Tabitha Vaughn Bell**  
Debtor(s)

Case No. **25-00857**  
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **January 23, 2026**     **/s/ Tommy Bell, Jr**  
**Tommy Bell, Jr**  
Signature of Debtor

Date: **January 23, 2026**     **/s/ Tabitha Vaughn Bell**  
**Tabitha Vaughn Bell**  
Signature of Debtor

```
TOMMY BELL, JR              EDFINANCIAL SERVICES L      LOANCARE LLC
TABITHA VAUGHN BELL         120 N SEVEN OAKS DRIVE      3637 SENTARA WAY
1247 OLD COURT XING         KNOXVILLE, TN 37922         VIRGINIA BEACH, VA 23452
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.      FIRST MS FCU                MICHAEL J COLLINS***
THE ROLLINS LAW FIRM, PLLC  600 19TH AVE                1734 CASTEEL DR.
P.O. BOX 13767              MERIDIAN, MS 39301          JACKSON, MS 39204
JACKSON, MS 39236

AFFIRM, INC.                FORTIVA                     NAVY FEDERAL CU
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
650 CALIFORNIA ST           PO BOX 105555               PO BOX 3302
SAN FRANCISCO, CA 94108     ATLANTA, GA 30348           MERRIFIELD, VA 22119

ALLY FINANCIAL, INC         GENESIS FINANCE             NELNET
ATTN: BANKRUPTCY            PO BOX 20835                PO BOX 82561
PO BOX 380901               FOUNTAIN VALLEY, CA 92728   LINCOLN, NE 68501
BLOOMINGTON, IL 55438

BARCLAYS                    GENESIS FS                  SYNCHRONY
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 8801                 PO BOX 4477                 PO BOX 965064
WILMINGTON, DE 19899        BEAVERTON, OR 97076         ORLANDO, FL 32896

CAPITAL ONE                 GOLDMAN SACHS BANK USA      SYNCHRONY BANK
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 30285                PO BOX 70379                PO BOX 965060
SALT LAKE CITY, UT 84130    PHILADELPHIA, PA 19176      ORLANDO, FL 32896

COMENITY BANK               KEESLER FCU                 TOWER LOAN
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 182125               2602 PASS RD                PO BOX 320001
COLUMBUS, OH 43218          BILOXI, MS 39531            FLOWOOD, MS 39232

CREDIT COLLECTION           KEESLER FCU                 WEBBANK/ONEMAIN
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
725 CANTON ST               PO BOX 7001                 215 SOUTH STATE ST
NORWOOD, MA 02062           BILOXI, MS 39534            STE 1000
                                                        SALT LAKE CITY, UT 84111

CREDIT ONE BANK             KOALAFI
6801 CIMARRON RD            ATTN: BANKRUPTCY
LAS VEGAS, NV 89113         PO BOX 5518
                            GLEN ALLEN, VA 23058
```