United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00857-JAW |
| Tommy Bell, Jr | Chapter 13 |
| Tabitha Vaughn Bell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: hn002jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tommy Bell, Jr, Tabitha Vaughn Bell, 1247 Old Court Xing, Flowood, MS 39232-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor Lakeview Loan Servicing LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Olivia Spencer | on behalf of Creditor Ally Capital spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tabitha Vaughn Bell trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: hn002jaw | Total Noticed: 1 |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tommy Bell Jr trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **Tommy Bell Jr**
    **Tabitha Vaughn Bell**                              **CASE NO. 25−00857−JAW**

         **DEBTORS.**                                               **CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

      Ally Capital has filed a Motion for Relief from Automatic Stay (the "Motion") (Dkt. #47) with the Court in the above−styled case.

      **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

      The Court will hold an evidentiary hearing (the "Hearing") on February 23, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before February 12, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

  Dated: 1/22/26                                                                          Danny L. Miller, Clerk of Court
                                                                                              U.S. Bankruptcy Court
                                                                                              Thad Cochran U.S. Courthouse
                                                                                              501 E. Court Street
                                                                                              Suite 2.300
                                                                                              Jackson, MS 39201
                                                                                              601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Tommy Bell Jr., Debtor

Tabitha Vaughn Bell, Joint Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Harold J. Barkley, Jr., Trustee

Olivia Spencer, Esq., Counsel for the Movant