

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 13, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE DIVISION

In Re:

TOMMY BELL, JR. *aka* TOMMY BELL
and TABITHA VAUGHN BELL
*aka* TABITHA BELL

Debtors.

CASE NO.: 25-00857-JAW

CHAPTER 13

### DEFAULT ORDER LIFTING THE AUTOMATIC STAY
### IMPOSED BY 11 USC § 362 AND ABANDONING PROPERTY

**THIS DAY** this case came on for consideration of the motion (#47) of Ally Capital (Movant) to lift the automatic stay imposed by 11 U.S.C. § 362 and to direct the estate to abandon certain property. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2020 BMW X7 Utility 4D xDrive40i AWD 3.0L I6 Turbo vehicle bearing VIN 5UXCW2C05L9A02699, and said property is abandoned from the estate.

###END OF ORDER###

Order Submitted by:
Olivia Spencer, MS BAR #104439
spencer@kingandspencer.net
For the Firm King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: (601) 948-1547