United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00857-JAW
Tommy Bell, Jr     Chapter 13
Tabitha Vaughn Bell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Feb 13, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Tommy Bell, Jr, Tabitha Vaughn Bell, 1247 Old Court Xing, Flowood, MS 39232-1215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:

**Name**     **Email Address**

Harold J. Barkley, Jr.
    on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
    HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Kimberly D. Putnam
    on behalf of Creditor Lakeview Loan Servicing LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Olivia Spencer
    on behalf of Creditor Ally Capital spencer@kingandspencer.net

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Tabitha Vaughn Bell trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr

    on behalf of Debtor Tommy Bell Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| TOMMY BELL, JR. *aka* TOMMY BELL and TABITHA VAUGHN BELL *aka* TABITHA BELL | * * * | CASE NO.: 25-00857-JAW |
| | * | CHAPTER 13 |
| Debtors. | * | |

### DEFAULT ORDER LIFTING THE AUTOMATIC STAY IMPOSED BY 11 USC § 362 AND ABANDONING PROPERTY

**THIS DAY** this case came on for consideration of the motion (#47) of Ally Capital (Movant) to lift the automatic stay imposed by 11 U.S.C. § 362 and to direct the estate to abandon certain property. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2020 BMW X7 Utility 4D xDrive40i AWD 3.0L I6 Turbo vehicle bearing VIN 5UXCW2C05L9A02699, and said property is abandoned from the estate.

###END OF ORDER###

Order Submitted by:
Olivia Spencer, MS BAR #104439
spencer@kingandspencer.net
For the Firm King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: (601) 948-1547