United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-00857-JAW

Tommy Bell, Jr                                                                       Chapter 13

Tabitha Vaughn Bell

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                Page 1 of 2

Date Rcvd: Jul 02, 2026                  Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol           Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                        + Tommy Bell, Jr, Tabitha Vaughn Bell, 1247 Old Court Xing, Flowood, MS 39232-1215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

**Name                          Email Address**

Harold J. Barkley, Jr.

    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.

    on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Kimberly D. Putnam

    on behalf of Creditor Lakeview Loan Servicing  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Michael Lindsey

    on behalf of Creditor Lakeview Loan Servicing  LLC michaell@hwmlawfirm.com

Olivia Spencer

    on behalf of Creditor Ally Capital spencer@kingandspencer.net

Thomas Carl Rollins, Jr

District/off: 0538-3                          User: mssbad                                Page 2 of 2
Date Rcvd: Jul 02, 2026                       Form ID: pdf012                             Total Noticed: 1

                          on behalf of Joint Debtor Tabitha Vaughn Bell trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                          on behalf of Debtor Tommy Bell  Jr trollins@therollinsfirm.com,
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                          nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                          USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

SO ORDERED,



Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 2, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

TOMMY BELL, JR.
TABITHA VAUGHN BELL                                  25 – 00857 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #76] and the Debtors' Response [DK #77]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Debtors' wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through June, 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the July 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn                                /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB #103902                      THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                 ATTORNEY FOR DEBTORS
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM