

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 2, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                CHAPTER 13 NO.:

TOMMY BELL, JR.
TABITHA VAUGHN BELL                                                       25 – 00857 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #76] and the Debtors' Response [DK #77]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.

THAT, the Debtors' wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, the post-petition mortgage payment arrears through June, 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the July 1, 2026 payment.

THAT, this Order shall not become final for a period of 21 days, giving the affected creditor(s) opportunity to object to the entering of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors and their attorneys if known, and file a certificate of service with the Court.

### ##END OF ORDER##

AGREED:

/s/Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS

## EXHIBIT – CERTIFICATE OF SERVICE -  PARTIES NOTICED
## TOMMY BELL, JR. AND TABITHA VAUGHN BELL – CHAPTER 13 NO. 25 – 00857 – JAW

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tommy Bell, Jr.
Tabitha Vaughn Bell
1247 Old Court Xing
Flowood, MS  39232

Lakeview Loan Servicing, LLC
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA  23452

Hon. Michael Lindsey
Michaell@hwmlawfirm.com

Hon. Kimberly D. Putnam
Kim.mackey@ms.creditorlawyers.com