_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CASE NO.: 25-00857-JAW
**TOMMY  BELL, JR** AND TABITHA VAUGHN BELL
**SS#:  XXX-XX-6347**

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which
the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the  **DEBTOR's** principal
income is from wages, salary of commissions; and that the employer of the said  **DEBTOR**  is subject to such
orders as may be requisite to effectuate the provisions of the plan proposed by the  **DEBTOR**  {with the employer
being directed to pay all or any part of such income to the **TRUSTEE.**
Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the  **DEBTOR's**  plan; that
the employer is directed to pay a portion of the  **DEBTOR's** earnings to the Court for distribution to creditors
and that such employer is:

FORREST HEALTH
125 S 28TH AVE
HATTIESBURG, MS 39401

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from
the **DEBTOR's** earnings and pay over to:

                    Harold J. Barkley,Jr.
                    Chapter 13 Trustee
                    P.O. Box 321454
                    Flowood, MS 39232

the sum of **$955.00 WEEKLY  .**

**FURTHER ORDERED,** that the <u>employer</u> shall, as of this date, cease and discontinue to pay deductions,
including credit unions, of every kind except those required to be made for State or Federal Income Taxes,
Insurance, Social Security contributions or union dues.

##END OF ORDER##